AO 246B (Rev. 01/09) Order for a Presentence Investigation and Report

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

**ORDER FOR A PRESENTENCE INVESTIGATION AND REPORT**

    This defendant having been found guilty of one or more offenses against the United States, the probation office is ordered to conduct an investigation and prepare a *(check one)* ❒ standard report   ❒ modified report, to be used by this court in sentencing.

    Unless different times are set out below, the probation office must give the defendant's attorney and the government's attorney a copy of the report at least 35 days before sentencing. Within 14 days after receiving the report, the parties must file with the probation office any written objections to the provisions in the report and must provide a copy to all other parties. The probation officer may then meet with the parties to discuss the objections and may conduct a further investigation.

    At least 7 days before sentencing, the probation officer must submit to the court and the parties the final presentence report and an addendum setting out any unresolved objections, each side's position, and the probation officer's comments.

    The time intervals set forth above are modified as follows *(blank if unmodified)*:



The sentencing date *(check one)*   ❒ is set for _____ .
                                            ❒ will be set at a later date.

    A defendant's attorney who wishes to be present during the defendant's presentence interview must so notify the probation office within _____ days of this order.


Date: _____   _____
                                                                   *Judge's signature*

                                                      _____
                                                      *Printed name and title*